Jean Adams and Merrill Frankel, Suing on Behalf of Themselves and All Other Stockholders of Crocker Wheeler Electric Manufacturing Company, Respondents, v. Edmund Lang and Others, Defendants, Impleaded with John R. Dillon

and Others, Appellants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants-appellants to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.